No. 199.   COMMISSIONER OF INTERNAL REVENUE *v.* GLENSHAW GLASS CO. ET AL.   C. A. 3d Cir.   Certiorari granted.   *Solicitor General Soboloff* for petitioner.   *Max Swiren, Sidney B. Gambill* and *Joseph D. Block* for the Glenshaw Glass Co.; and *Samuel H. Levy* for William Goldman Theatres, Inc., respondents.

No. 173.   AMALGAMATED CLOTHING WORKERS OF AMERICA ET AL. *v.* RICHMAN BROTHERS CO.   C. A. 6th Cir.   Certiorari granted.   *William J. Isaacson* and *Louis H. Pollak* for petitioners.   *Luther Day* for respondent.

No. 230.   MITCHELL, SECRETARY OF LABOR, *v.* JOYCE AGENCY, INC.   C. A. 7th Cir.   Certiorari granted.   *Solicitor General Soboloff* for petitioner.   *Stanford Clinton* for respondent.

No. 157.   RYAN STEVEDORING CO., INC. *v.* PAN-ATLANTIC STEAMSHIP CORP.   C. A. 2d Cir.   Certiorari granted.   Motion for leave to file brief of National Association of Stevedores, as *amicus curiae,* denied.   *Sidney A. Schwartz* for petitioner.   *Charles H. Lawson* for respondent.

No. 186.   GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL UNION NO. 89, ET AL. *v.* AMERICAN TOBACCO CO., INC.   Court of Appeals of Kentucky.   Certiorari granted.   The Solicitor General is invited to file a brief setting forth the views of the National Labor Relations Board.   *Ralph H. Logan, David Previant, J. Albert Woll, Herbert S. Thatcher* and *James A. Glenn* for petitioners.   *Nelson Helm, George W. Whiteside, Ralph D. Ray* and *Francis E. Koch* for respondent.